# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEVEN J. HAYES,

                Plaintiff,

      vs.

ROBERT GILMORE, *Facility Manager SCI Greene*; TRACEY SHAWLEY, *Grievance Officer SCI Greene*; DOCTOR PILLAI, *Treating Psychiatrist SCI Greene*; EARL BAKER, *RN SCI Greene*; DAN KARPENCY, *RN SCI Greene*; PSS WAINE, *Treating Psych SCI Greene*; PSA LINDSEY, *Treating Psych SCI Greene*; DR. ADAM SEDLOCK, *Treating Psychologist SCI Greene*; SHELLEY MANKEY, *Unit Manager SCI Greene*; MAJOR CARO, *Unit Major, SCI Greene*; LT STICKLES, *Unit Brass SCI Greene*; DORINA VARNER, *(SOIGA) Central Office*; ROBERT MARSH, *Chief Psych Central Office*, and JOHN/JANE DOES,

                Defendants.

}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}
}

No. 2:17-cv-01327-AJS-MPK

Judge Schwab

Magistrate Judge Kelly

FILED
MAY 11 2021
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

*Electronically Filed.*

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

AND NOW, come the Parties as indicated by their respective representatives listed below and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree to, by and between the respective parties, that the above-captioned case shall be dismissed with prejudice.

Respectfully submitted,

_____
STEVEN J. HAYES MQ-5447
*Plaintiff*
No. 2:17-cv-01327-AJS-MPK

_____s/ Scott A. Bradley_____
Scott A. Bradley, Esquire
*Counsel for Defendants*
Office of Attorney General
1251 Waterfront Place
Mezzanine Level
Pittsburgh, PA 15222

Date: ____5 - 5 - 21____